UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN GILBERT KOVAC,<br><br>　　　　Defendant. | Case No.: 2:00-cr-00396-PMP-LRL<br><br>**CLARIFICATION ORDER** |

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case on 8/26/2004 (ECF 63). Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:**  NEVADA STATE BANK
　　　　　　　　　FINANCIAL CRIMES UNIT
　　　　　　　　　ATTN: FRAUD RESTITUTION
　　　　　　　　　7860 BINGHAM JCT. BLVD
　　　　　　　　　MIDVALE, UT 84047

**Restitution Amount:** $4,150.00

**Total Amount of Restitution ordered:  $4,150.00***

*The Restitution amount does not include any payments receipted by the Court.

DATED this __18th__ day of August, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE